UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN IRONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:21-cv-00293-RWS |
| | ) |
| JOHN NESKE, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

COMES NOW Bryon E. Hale, Attorney at Law, MO Bar Number 64883 and hereby enters his appearance on behalf of Defendants St. Charles County, Missouri, Ricky Luetkenhaus, and Mark O'Neill in the above-captioned matter.

BARKLAGE, BRETT & HAMILL, P.C.

Bryon E. Hale        #64833MO
211 North Third Street
St. Charles, MO  63301
Telephone (636) 949-2120
Facsimile (636) 949-8786
bhale@barklage-brett.com

*Attorney for Defendants*
*St. Charles County, Missouri,*
*Ricky Luetkenhaus, and Mark O'Neill*