IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

JONATHAN IRONS,                          )
                                         )
        Plaintiff,                       )       Case No.: 4:21-cv-00293-RWS
                                         )
v.                                       )
                                         )
JOHN NESKE, *et al.*,                    )       *So Ordered*
                                         )
        Defendants.                      )       *[signature]* usdj.
                                         )       8/23/23

**AGREED STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANTS
LUETKENHAUS AND O'NEILL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the agreement of the

parties herein, Plaintiff Jonathan Irons and Defendants Ricky E. Luetkenhaus and Mark W.

O'Neill, through counsel, jointly stipulate to the dismissal, without prejudice, of all claims

asserted in the Complaint (Dkt. 1) against Defendants Luetkenhaus and O'Neill. Nothing in this

stipulation is intended to alter or affect any of Plaintiff's claims against the remaining

Defendants, and each party is to bear its own attorneys' fees and costs.

                                         Respectfully Submitted,


/s/ Anand Swaminathan                    /s/ John R. Hamill III
Jon Loevy                                John R. Hamill III
Anand Swaminathan                        Bryon Hale
Steven Art                               Barklage, Brett and Hamill P.C.
Jordan Poole                             211 North Third Street
Loevy & Loevy                            St. Charles, MO 63301
311 N. Aberdeen St., Third Floor         **Attorney for Defendants Luetkenhaus and**
Chicago, IL 60607                        **O'Neill**
**Attorneys for Plaintiff**


1