IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | |
|---|---|
| JONATHAN IRONS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:21-cv-00293-RWS |
| | ) |
| v. | ) |
| | ) So Ordered |
| JOHN NESKE, *et al.*, | ) |
| | ) [signature] |
| Defendants. | ) 9/5/23 |
| | ) |

## AGREED STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS ST. CHARLES COUNTY, LUETKENHAUS AND O'NEILL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the agreement of the parties herein, Plaintiff Jonathan Irons and Defendants St. Charles County, Ricky E. Luetkenhaus and Mark W. O'Neill, through counsel, jointly stipulate to the dismissal, with prejudice, of all claims asserted in the Complaint (Dkt. 1) against Defendants St. Charles County, Luetkenhaus and O'Neill. Nothing in this stipulation is intended to alter or affect any of Plaintiff's claims against the remaining Defendants, and each party is to bear its own attorneys' fees and costs.

Respectfully Submitted,

/s/ Anand Swaminathan
Jon Loevy
Anand Swaminathan
Steven Art
Jordan Poole
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
**Attorneys for Plaintiff**

/s/ John R. Hamill III
John R. Hamill III
Bryon Hale
Barklage, Brett and Hamill P.C.
211 North Third Street
St. Charles, MO 63301
**Attorney for Defendants Luetkenhaus and O'Neill**

1