# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN IRONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:21-CV-00293-RWS |
| | ) | |
| JOHN NESKE, RICHARD MORRELL, | ) | |
| DOUGLAS TINKHAM, the ESTATE of | ) | Hon. Rodney W. Sippel |
| MICHAEL HANLEN, RICKY | ) | |
| LUETKENHAUS, MARK O'NEILL, the CITY | ) | |
| of O'FALLON, MISSOURI, and ST. CHARLES | ) | |
| COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective attorneys of record, that this matter has been settled by the parties, and pursuant to the Release and Settlement Agreement, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice sixty (60) days from the filing of this stipulation, unless a party has moved to extend this date prior to the expiration of the sixty (60) days. This Court shall retain jurisdiction for the purposes of enforcing the terms of the Release and Settlement Agreement until the case is dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: March 7, 2024

RESPECTFULLY SUBMITTED,

/s/ Anand Swaminathan
*One of Plaintiff's Attorneys*
Arthur Loevy
Jon Loevy
Anand Swaminathan
Steven Art
Jordan Poole
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900

HELLMICH, HILL & RETTER, LLC

Jason S. Retter
Bar No. 59683MO
*Attorneys for Defendant, the City of O'Fallon, Missouri*
jason@hellmichhillretter.com
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110

/s/ Robert T. Plunkert
Peter J. Dunne #31482MO
Robert T. Plunkert #62064MO
PITZER SNODGRASS, P.C.
*Attorney for Defendant Richard Morrell*
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: dunne@pspclaw.com
Email: plunkert@pspclaw.com

/s/ Portia C. Kayser
Portia C. Kayser
Joshua C. Grumke
*Attorney for Defendant John Neske*
HARRIS DOWELL FISHER & YOUNG L.C.
15400 South Outer 40, Suite 202,
Chesterfield, MO 63017
pkayser@harrisdowell.com,
jgrumke@harrisdowell.com

/s/ Timothy J. Reichardt
Timothy J. Reichardt
*Attorney for Defendant Douglas Tinkham*

REICHARDT NOCE & YOUNG LLC
12444 Powerscourt Drive, Ste. 370
St. Louis, Missouri 63131
tjr@reichardtnoce.com

/s/ Jeffrey R. Kivetz
James G. Sotos
Jeffrey R. Kivetz
Allison R. Romelfanger
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
Phone: 630-735-3300
jsotos@jsotoslaw.com
jkivetz@jsotoslaw.com
aromelfanger@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing was filed with the Court's ECF electronic filing system and thereby served this 7th day of March, 2024.

                                  /s/ Allison L. Romelfanger