IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN IRONS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 4:21-CV-00293-RWS |
| | ) |
| JOHN NESKE, RICHARD MORRELL, | ) |
| DOUGLAS TINKHAM, the ESTATE of | ) Hon. Rodney W. Sippel |
| MICHAEL HANLEN, RICKY | ) |
| LUETKENHAUS, MARK O'NEILL, the CITY | ) |
| of O'FALLON, MISSOURI, and ST. CHARLES | ) |
| COUNTY, MISSOURI, | ) |
| | ) |
| Defendants. | ) |

So Ordered
/s/ Sippel USDJ
3/8/24

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective attorneys of record, that this matter has been settled by the parties, and pursuant to the Release and Settlement Agreement, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice sixty (60) days from the filing of this stipulation, unless a party has moved to extend this date prior to the expiration of the sixty (60) days. This Court shall retain jurisdiction for the purposes of enforcing the terms of the Release and Settlement Agreement until the case is dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: March 7, 2024

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Anand Swaminathan | HELLMICH, HILL & RETTER, LLC |
| *One of Plaintiff's Attorneys* | |
| Arthur Loevy | |
| Jon Loevy | |
| Anand Swaminathan | Jason S. Retter |
| Steven Art | Bar No. 59683MO |
| Jordan Poole | *Attorneys for Defendant, the City of O'Fallon,* |
| LOEVY & LOEVY | *Missouri* |
| 311 N. Aberdeen | jason@hellmichhillretter.com |
| Chicago, Illinois 60607 | 1049 North Clay Avenue |
| (312) 243-5900 | Kirkwood, Missouri 63122 |
| | 314-646-1110 |

| | |
|---|---|
| /s/ Robert T. Plunkert | /s/ Portia C. Kayser |
| Peter J. Dunne #31482MO | Portia C. Kayser |
| Robert T. Plunkert #62064MO | Joshua C. Grumke |
| PITZER SNODGRASS, P.C. | *Attorney for Defendant John Neske* |
| *Attorney for Defendant Richard Morrell* | HARRIS DOWELL FISHER & YOUNG |
| 100 South Fourth Street, Suite 400 | L.C. |
| St. Louis, Missouri 63102-1821 | 15400 South Outer 40, Suite 202, |
| (314) 421-5545 | Chesterfield, MO 63017 |
| Email: dunne@pspclaw.com | pkayser@harrisdowell.com, |
| Email: plunkert@pspclaw.com | jgrumke@harrisdowell.com |

| | |
|---|---|
| /s/ Timothy J. Reichardt | /s/ Jeffrey R. Kivetz |
| Timothy J. Reichardt | James G. Sotos |
| *Attorney for Defendant Douglas Tinkham* | Jeffrey R. Kivetz |
| | Allison R. Romelfanger |
| REICHARDT NOCE & YOUNG LLC | THE SOTOS LAW FIRM, P.C. |
| 12444 Powerscourt Drive, Ste. 370 | 141 W. Jackson Blvd., Suite 1240A |
| St. Louis, Missouri 63131 | Chicago, Illinois 60604 |
| tjr@reichardtnoce.com | Phone: 630-735-3300 |
| | jsotos@jsotoslaw.com |
| | jkivetz@jsotoslaw.com |
| | aromelfanger@jsotoslaw.com |